**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| STANLEY ARISTILDE ESTATE | : | |
| EX. REL. ARISTIDE, | : | |
|     Plaintiff, | : | |
| | : | |
|     v. | : | **No. 26-cv-2591** |
| | : | |
| TRADESMAN INTERNATIONAL, LLC | : | |
| *et al.*, | : | |
|     Defendants. | : | |

## O R D E R

**AND NOW**, this 14th day of May, 2026, upon consideration of Plaintiff Stanley Aristilde's Motion to Proceed *In Forma Pauperis* (ECF No. 15), and *pro se* Complaint (ECF No. 2), and for the reasons set forth on the opinion issued this date, it is **ORDERED** that:

1.    The application for leave to proceed *in forma pauperis*, ECF No. 15, is **GRANTED** pursuant to 28 U.S.C. § 1915.

2.    The Complaint is **DEEMED** filed.

3.    The Complaint is **DISMISSED WITH PREJUDICE** as frivolous and for failure to state a claim for the reasons given in the Court's Memorandum.

4.    The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**BY THE COURT:**

*/s/ Joseph F. Leeson, Jr.*

**JOSEPH F. LEESON, JR.**
**United States District Judge**